# Court of Appeals
# of the State of Georgia

ATLANTA,  January 22, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0740.  COBBLE v. LOCKHART.**

This civil appeal was docketed on November 13, 2018, such that appellant Daniel Cobble's initial brief was due on December 3, 2018. See Court of Appeals Rule 23 (a) (appellant's initial brief "shall be filed" within 20 days of docketing). As of January 18, 2019, however, Cobble had neither filed an initial brief nor asked for an extension of time to do so. We therefore DISMISS this appeal. Id. (failure to file within 20 days, "unless extended upon motion for good cause shown, may result in the dismissal of the appeal").



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta,  01/22/2019

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*